JEFFREY M. WILSON, ISB No. 1615
WILSON & McCOLL
420 W. Washington
P.O. Box 1544
Boise, Idaho 83701
Telephone: 208-345-9100
Facsimile: 208-384-0042
Attorney for Counter-Defendant Patricia D. Roberts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PATRICIA D. ROBERTS,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF IDAHO, INDUSTRIAL COMMISSION; RACHEL S. GILBERT; JAMES F. KILE; R.D. MAYNARD; RICHARD C. ALIS; GARY W. STIVERS; JOHN DOES NO. 1 THROUGH 10; and JANE DOES NO. 1 THROUGH 10,<br><br>    Defendants.<br><hr>RICHARD C. ALIS,<br><br>    Counter-Claimant,<br><br>vs.<br><br>PATRICIA D. ROBERTS,<br><br>    Counter-Defendant,<br><hr>RICHARD C. ALIS,<br><br>    Cross-Claimant,<br><br>vs. | Case No.: CIV 01-0180-S-BLW<br><br>STIPULATION REGARDING EXPERT WITNESS DEADLINES AND DISMISSAL OF MOTION TO COMPEL |

STIPULATION REGARDING EXPERT WITNESS DEADLINES AND DISMISSAL OF MOTION TO COMPEL- 1

103

| | |
|---|---|
| IDAHO INDUSTRIAL COMMISSION, | ) |
| Cross-Defendant, | ) |
| RICHARD C. ALIS, | ) |
| Third Party Plaintiff, | ) |
| vs. | ) |
| STATE OF IDAHO, | ) |
| Third Party Defendant. | ) |

COME NOW the Counter-Claimant, by and through his attorney of record, Sara Shepard, and the Counter-Defendant, by and through her attorney of record, Jeffrey Wilson, and stipulate and agree that the Counter-Defendant may have until August 19, 2002, to disclose the expert witnesses she intends to use at trial. These parties further stipulate and agree that the Counter-Defendant's Motion to Compel filed on or about April 30, 2002, can be dismissed.

DATED this /6th day of August, 2002.        DATED this 21st day of August, 2002.

By _____          By _____
    SARA SHEPARD                                JEFFREY M. WILSON
    Attorney for Counter-Claimant               Attorney for Counter-Defendant

STIPULATION REGARDING EXPERT WITNESS DEADLINES AND DISMISSAL OF MOTION TO COMPEL- 2