ALLYN L. SWEENEY, ISB# 2524
RINGERT CLARK CHARTERED
455 S. Third, P. O. Box 2773
Boise, Idaho 83701-2773
Telephone: (208) 342-4591
Fax No.: (208) 342-4657

CANDY WAGAHOFF DALE, ISB #2909
HALL FARLEY OBERRECHT & BLANTON, PA
702 W. Idaho, Suite 700, P.O. Box 1271
Boise, Idaho 83701
Telephone: (208) 395-8500
Fax No.: (208) 395-8585

U.S. COURTS
02 OCT 28 PM 4:23
REC'D_____FILED____
CAMERON S. BURKE
CLERK            IDAHO

RECEIVED
OCT 0 9 2002
C S S K

Attorneys for Defendants State of Idaho, Industrial Commission;
Rachel S. Gilbert; James F. Kile; R. D. Maynard and Gary W. Stivers
in action brought by Plaintiff Patricia D. Roberts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PATRICIA D. ROBERTS,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF IDAHO, INDUSTRIAL COMMISSION; RACHEL S. GILBERT; JAMES F. KILE; R.D. MAYNARD; RICHARD C. ALIS; GARY W. STIVERS JOHN DOES NO. 1 THROUGH 10; and JANE DOES NO. 1 THROUGH 10,<br><br>     Defendants,<br><br>RICHARD C. ALIS,<br><br>     Counter-Claimant,<br><br>vs.<br><br>PATRICIA D. ROBERTS,<br><br>     Counter-Defendant,<br><br>RICHARD C. ALIS,<br><br>     Cross-claimant,<br><br>vs.<br><br>RACHEL S. GILBERT, JAMES F. KILE, R.D. MAYNARD and GARY STIVERS,<br><br>     Cross-Defendants, | Case No. CIV 01-0180-S-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff Patricia D. Roberts, by and through her counsel of record; Defendants State of Idaho, Industrial Commission, Rachel S. Gilbert, James F. Kile, R. D. Maynard and Gary Stivers, by and through their counsel of record; Defendant

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1
s:\Laurie\DOC\DOCALS\STATE\Roberts\STIP-DISM.wpd

105

Richard C. Alis, by and through his counsel of record; Counter-Claimant Richard C. Alis, by and through his counsel of record; Counter-Defendant Patricia D. Roberts, by and through her counsel of record; Cross-Claimant Richard C. Alis, by and through his counsel of record; and Cross-Defendants Rachel S. Gilbert, James F. Kile, R. D. Maynard and Gary Stivers, by and through their counsel of record; and hereby stipulate and agree that the above-captioned matter may be dismissed, to include any and all claims, counterclaims, cross-claims, or any other claim of any nature pending in this cause, all with prejudice, all parties to bear their own fees and costs, the same having been settled and compromised.

DATED this 30th day of September, 2002.

MAUK & BURGOYNE

By _____
William L. Mauk
Attorneys for Plaintiff

RINGERT CLARK CHARTERED

By _____
Allyn L. Sweeney, Attorneys for Defendants State of Idaho, Industrial Commission; Rachel S. Gilbert, James F. Kile; R. D. Maynard and Gary W. Stivers

BRASSEY WETHERELL CRAWFORD & McCURDY

By _____
J. Nick Crawford, Attorneys for Defendant Richard C. Alis

By _____
Sara Shepard, Attorney for Counter-Claimant/Cross-Claimant Richard C. Alis

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**

WILSON & McCOLL CHARTERED

By _____
Jeffrey M. Wilson, Attorneys for
Counter-Defendant Patricia D. Roberts

CANTRILL SKINNER SULLIVAN & KING

By _____
David W. (Tony) Cantrill, Attorneys for
Cross-Defendants Rachel S. Gilbert,
James F. Kile, R. D. Maynard and Gary Stivers