ALLYN L. SWEENEY, ISB# 2524
RINGERT CLARK CHARTERED
455 S. Third, P. O. Box 2773
Boise, Idaho 83701-2773
Telephone: (208) 342-4591
Fax No.: (208) 342-4657

CANDY WAGAHOFF DALE, ISB#2909
HALL FARLEY OBERRECHT & BLANTON, PA
702 W. Idaho, Suite 700, P.O. Box 1271
Boise, Idaho 83701
Telephone: (208) 395-8500
Fax No.: (208) 395-8585

Attorneys for Defendants State of Idaho, Industrial Commission;
Rachel S. Gilbert; James F. Kile; R. D. Maynard and Gary W. Stivers
in action brought by Plaintiff Patricia D. Roberts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

PATRICIA D. ROBERTS,

    Plaintiff,

vs.

STATE OF IDAHO, INDUSTRIAL COMMISSION; RACHEL S. GILBERT; JAMES F. KILE; R.D. MAYNARD; RICHARD C. ALIS; GARY W. STIVERS JOHN DOES NO. 1 THROUGH 10; and JANE DOES NO. 1 THROUGH 10,

    Defendants,

RICHARD C. ALIS,

    Counter-Claimant,

vs.

PATRICIA D. ROBERTS,

    Counter-Defendant,

RICHARD C. ALIS,

    Cross-claimant,

vs.

RACHEL S. GILBERT, JAMES F. KILE, R.D. MAYNARD and GARY STIVERS,

    Cross-Defendants,

Case No. CIV 01-0180-S-BLW

**ORDER FOR DISMISSAL WITH PREJUDICE**

THE COURT, having considered the Stipulation for Dismissal with Prejudice, and good cause appearing therefor;

**ORDER FOR DISMISSAL WITH PREJUDICE - 1**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter, including all claims, counterclaims, cross-claims or third-party claims, of whatever nature between any and all of the above-captioned parties, be, and the same hereby is, dismissed with prejudice, all parties to bear their own fees and costs, the same having been settled and compromised.

DATED this 1st day of November, 2002.

B. LYNN WINMILL
UNITED STATES DISTRICT JUDGE

dkh

United States District Court
for the
District of Idaho
November 1, 2002


* * CLERK'S CERTIFICATE OF MAILING * *


Re:   1:01-cv-00180


I certify that a copy of the attached document was mailed or faxed to the following named persons:


    John C Hummel, Esq.
    HUMMEL & FLETCHER
    Imperial Plaza Bldg #2
    200 N 3rd St
    Boise, ID   83702

    William L Mauk, Esq.
    MAUK & BURGOYNE
    PO Box 1743
    Boise, ID   83701-1743

    Allyn L Sweeney, Esq.
    RINGERT CLARK
    PO Box 2773
    Boise, ID   83701-2773

    Candy W Dale, Esq.      1-208-395-8585
    HALL FARLEY OBERRECHT & BLANTON
    PO Box 1271
    Boise, ID   83701

    David W Cantrill, Esq.   1-208-345-7212
    CANTRILL SKINNER SULLIVAN & KING
    PO Box 359
    Boise, ID   83701

    J Nick Crawford, Esq.
    BRASSEY WETHERELL CRAWFORD & MCCURDY
    PO Box 1009
    Boise, ID   83701-1009

    Sara Shepard, Esq.
    PO Box 1246
    Boise, ID   83701

    Robert C Huntley, Esq.
    HUNTLEY PARK THOMAS BURKETT OLSEN & WILLIAMS
    PO Box 2188
    Boise, ID   83701

    Jeffrey M Wilson, Esq.   1-208-384-0442

WILSON & McCOLL
PO Box 1544
Boise, ID  83701

 ✓ Chief Judge B. Lynn Winmill
 ___ Judge Edward J. Lodge
 ___ Chief Magistrate Judge Larry M. Boyle
 ✓ Magistrate Judge Mikel H. Williams

Cameron S. Burke, Clerk

Date: 11-1-02                    BY: _____
                                      (Deputy Clerk)